IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

AT & T CORP., a New York
Corporation,

    Plaintiff

v.

FORUM ARCHITECTURE &
INTERIOR DESIGN, INC.,

    Defendant

Case No. 6:07-cv-1984-Orl-28-GJK

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, AT&T Corporation and Defendant, Forum Architecture & Interior Design, Inc., and hereby agree by Stipulation that the above captioned matter is dismissed with prejudice and each party will bear its own attorneys' fees and costs.

Date: April 1, 2009

GLORIA O. NORTH, P.A.

_____
GLORIA O. NORTH, ESQUIRE
Florida Bar No.: 341304
gloria@northpa.net
5301 N. Federal Highway, Suite 380
Boca Raton, FL 33487
Ph:561-750-4050/ Fax:561-750-8344

Date: March 31, 2009

BULL & ASSOCIATES, P.A.

_____
JASON B. VRBENSKY, ESQUIRE
Florida Bar No.: 0014039
jbvrbensky@bull-law.com
111 North Orange Avenue, Suite 950
Orlando, FL 32801
Ph:407-843-5291/ Fax:407-843-4920